SUPREME COURT OF NEW JERSEY
D-115 September Term 2011
070685

IN THE MATTER OF

ROBERT W. STEIN,

AN ATTORNEY AT LAW

(Attorney No. 015951994)

FILED
MAY 09 2012

O R D E R

    ROBERT W. STEIN of CHELTENHAM, PENNSYLVANIA, who was admitted to the bar of this State in 1994, having pleaded guilty in the United States District Court for the District of New Jersey to a one-count information charging him with Sherman Act Conspiracy in violation of 15 U.S.C. §1, and good cause appearing;

    It is ORDERED that pursuant to Rule 1:20-13(b)(1), ROBERT W. STEIN is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

    ORDERED that ROBERT W. STEIN be restrained and enjoined from practicing law during the period of his suspension; and it is further

    ORDERED that ROBERT W. STEIN comply with Rule 1:20-20 dealing with suspended attorneys.

    WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 8th day of May, 2012.

CLERK OF THE SUPREME COURT

The foregoing is a true copy
of the original on file in my office.

CLERK OF THE SUPREME COURT
OF NEW JERSEY