RECEIVED
SEP 2 6 2013
AT 8:30_____M
WILLIAM T. WALSH CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

In the Matter of                :

ROBERT W. STEIN                 :           Misc. 13-94 (FLW)

An Attorney-at-Law              :           ORDER TO SHOW
                                            CAUSE

It appearing by Order of the Supreme Court of New Jersey that ROBERT W. STEIN, was temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and and until further Order of that Court;

It is on this 26th day of September, 2013,

ORDERED that ROBERT W. STEIN show cause on NOVEMBER 4, 2013, why he should not be temporarily suspended from the practice of law before this Court and until further order of the Court.

Should a respondent desire to file a written response, he must do so at least 10 days before the return date of the order to show cause. No oral argument will be held unless so ordered by the Court.

_____
U.S. District Judge